■ In the Matter of LEROY BARNES, Petitioner, v JOSEPH SULLIVAN, as a Justice of the Supreme Court, Respondent.—Application, pursuant to Article 78 of the CPLR, in the nature of mandamus, unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Stevens, J. P., Tilzer, Capozzoli, Lane and Nunez, JJ.

## (March 31, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD KLEIN, Appellant.—Judgment, Supreme Court, New York County, rendered on November 8, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur—Markewich, J. P., Murphy, Tilzer, Lane and Lynch, JJ.

■ JERROLD H. BERMAN, Appellant, v PAULDING DEVELOPMENT INC., Respondent.—Order, Supreme Court, Bronx County, entered on May 7, 1973, unanimously affirmed, without costs and without disbursements. The paucity of the record before us prevents a definitive ruling on the sufficiency of the defense of oral modification in the amended and supplemental answer which defendant, by the order appealed from, was permitted to serve. No opinion. Concur—Kupferman, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.

■ ACOUSTICS, INC., Appellant, v COMMERCIAL UNION INSURANCE COMPANY OF NEW YORK, Respondent, and J. R. STEVENSON CORPORATION, Intervenor-Respondent.—Order, Supreme Court, New York County, entered on October 22, 1974, unanimously affirmed, without prejudice to application to trial court for severance of counterclaim. The respondents shall recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, J. P., Murphy, Tilzer, Capozzoli and Lynch, JJ.